FILED
CLERK, U.S. DISTRICT COURT

MAR 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    vs.<br><br>Cristian Aguirre<br>      Defendant. | Case No.: 08 mj 598<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the S.D.Cal. for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _absence of background information/bail resources_;

1 | nature of charge
2 |
3 |
4 | and/or
5 | B.  (✓) The defendant has not met his/her burden of establishing by
6 | clear and convincing evidence that he/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: prior criminal record

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 3/8/08

_____
UNITES STATES MAGISTRATE JUDGE